IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM ANSON RATLIFF                                                                  PLAINTIFF

v.                                          Civil No. 6:16-cv-6069

ASHLEY VAILES, *et al.*                                                                DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed May 5, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28). Judge Marschewski recommends that Plaintiff William Anson Ratliff's Motion to Reopen Case (ECF No. 26) be denied because Plaintiff has failed to show sufficient reason to reopen this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 26) is hereby **DENIED**.

**IT IS SO ORDERED**, this 1st day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge